UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, : | CRIMINAL NO. 07-046(GK) |
| v. : | Case: 1:07-mc-00506 |
| DEBORAH JEANE PALFREY, : | Assigned To : Kessler, Gladys |
| Defendant. : | Assign. Date : 11/21/2007 |
| : | Description: Miscellaneous |

## MOTION TO QUASH

The undersigned non-party, Kathleen E. Voelker, hereby moves to quash the subpoena issued to her requiring her appearance at a hearing in this case scheduled for November 28, 2007. The grounds for this Motion are set forth in the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

*/s/ Kathleen E. Voelker*

Kathleen E. Voelker
DC Bar #273714
1776 K Street, NW, Suite 800
Washington, DC  20006-2333
kathleenvoelker@aol.com
(202) 835-2220

November 21, 2007

Fee Pd
$39.00

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CRIMINAL NO. 07-046(GK) |
| vi. | : |
| DEBORAH JEANE PALFREY, | : |
| Defendant. | : |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION TO QUASH**

1. The undersigned non-party, Kathleen E. Voelker, is counsel for Paula Neble in connection with the instant case.

2. On November 8, 2007, in response to a letter request from Counsel for the Defendant, Montgomery Blair Sibley, Counsel notified Mr. Sibley that she would not accept service on Ms. Neble for her appearance at the hearing on November 28, 2007 and that she would not provide Ms. Neble's address to him.

3. On November 19, 2007, Mr. Sibley sent a letter and a subpoena requiring Counsel's appearance at the hearing scheduled for November 28, 2007 in this case, and a cover letter to Counsel by fax and by email. Copies are attached to this Motion. Counsel agreed to accept service of the subpoena in light of Mr. Sibley's statement in his letter that he intended to "haunt" her home and office in order to serve her.

2

4. Counsel understands that the purpose of the November 28, 2007 hearing is to determine whether the protective order prohibiting Defendant Palfrey from proceeding with *Palfrey v. Neble*, Civil Action No. 07-cv-00461-GK, filed by her against Paula Neble, should be lifted. Undersigned Counsel does not represent Ms. Neble in connection with the civil case.

5. Any information Counsel has regarding Ms. Neble's state of mind, actions, whereabouts or intentions are the result of confidential attorney-client communications with Counsel, made for the purpose of obtaining legal advice. Ms. Neble has expressly refused to waive her attorney client privilege with regard to any of her communications with Counsel in connection with this case. Consequently, there is nothing to which Counsel could testify at the November 28, 2007 hearing. Furthermore, any such testimony would be hearsay.

WHEREFORE, Counsel respectfully requests that the subpoena issued at the request of Mr. Sibley, for her appearance on November 28, 2007 be quashed. A proposed Order granting this Motion is attached.

                                            Respectfully submitted,

                                            */s/ Kathleen E. Voelker*
                                            Kathleen E. Voelker
                                            DC Bar #273714
                                            1776 K Street, NW, Suite 800
                                            Washington, DC  20006-2333
                                            kathleenvoelker@aol.com
                                            (202)835-2220

November 21, 2007

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Columbia

United States

v.

Jeane Palfery

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 07-046-GK

TO: Kathleen E. Voelker
1776 K Street, N.W.
Suite 800
Washington DC 20006-2333
Phone: 202-835-2220

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States Courthouse<br>333 Constitution Avenue, NW<br>Washington, D.C. 20001 | 26A |
| | DATE AND TIME |
| | 11/28/2007 10:00 am |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

All records relating to Defendant, Paula Neble and/or Pamela Martin & Associates

Additionally, any records regarding to the location of Paula Neble a/k/a Paula ▮▮▮▮▮▮▮▮▮

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk [signature] | 11/7/07 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Law Office of Montgomery Blair Sibley, Counsel for Defendant
1629 K Street, Suite 300
Washington, D.C. 20006 (202-508-3699)

# CENTER FOR FORFEITURE LAW

1629 K Street, Suite 300
Washington, D.C. 20006

| | |
|---|---|
| **MONTGOMERY BLAIR SIBLEY** | **ADMITTED TO PRACTICE:** |
| 202-508-3699 | FLORIDA |
| 202-478-0371 (E-FAX) | NEW YORK |
| SIBLEY@CIVILFORFEITURE.COM | DISTRICT OF COLUMBIA |

November 19, 2007

Via Email: kathleenvoelker@aol.com &
    Fax: 202-835-3939
Kathleen E. Voelker
1776 K Street, N.W.
Suite 800
Washington DC 20006-2333
Phone: 202-835-2220

    Re:    *U.S. v. Palfrey*
            Case No.: 07-046-GK

Greetings:

    Tomorrow I am amending my witness list for the hearing scheduled for November 28, 2007, in the above matter to include your name. I am taking this extraordinary action as (i) you have refused to provide Paula Neble's address so I can serve her and (ii) the United States Attorney has refused to produce her for the hearing. You should expect press inquiries and I wanted to give you the courtesy of advance warning.

    This hearing is a result of representations by the government to the Court that your client – now known as Paula ▇▇▇▇▇▇▇▇▇▇▇▇▇ – suffered substantial emotion distress as a result of the lawsuit my client has filed against her. Hence, her appearance is necessary for that hearing.

    I know of no authority for the proposition that an attorney may keep confidential the location of a client, but am willing to be educated to that end. Otherwise, I have had the clerk issue the following subpoena for you and write to inquire whether you will accept service by facsimile or whether my process server must haunt your office and/or home in order to serve you. Please advise me of your position in this regard so I may act as the obligation to represent my client zealously dictates.

Yours,

*[signature]*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Quash with attachments and proposed Order were served by electronic filing, electronic mail, facsimile or First-Class mail this 21th day of November, 2007 upon the following counsel:

Montgomery Blair Sibley, Esq.
1629 K Street, NW, Suite 300
Washington, DC 20006
Email: mbsibley@civilforfeiture.com

*Counsel for Defendant Deborah Jeane Palfrey*

Catherine K. Connelly, Esq.
Daniel Pearce Butler, Esq.
William R. Cowden, Esq.
Office of the United States Attorney
555 Fourth Street, NW
Washington, DC 20001
Email: Catherine.connelly2@usdoj.gov, Daniel.butler@usdoj.gov, William.cowden@usdoj.gov

*Counsel for the United States*

_____
Kathleen E. Voelker

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 07-046(GK) |
| | : | |
| v. | : | |
| | : | |
| DEBORAH JEANE PALFREY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER

The Court having considered the Motion to Quash Subpoena filed by Kathleen E. Voelker, Counsel for Paula Neble, and the assertion of attorney-client privilege on behalf of Ms. Neble, it is hereby

ORDERED, that the Motion to Quash the subpoena issued to Ms. Voelker be granted.

_____  _____
Date                            Gladys Kessler
                                United States District Judge


Copies to:     Attorneys of record via ECF

               Kathleen E. Voelker
               Attorney at Law
               1776 K Street, NW, Suite 800
               Washington, DC  20006-2333
               kathleenvoelker@aol.com
               (202)835-2220