UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 07-046(GK) |
| v. | |
| DEBORAH JEANE PALFREY, | **FILED** |
| Defendant. | NOV 21 2007 |
| | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

The Court having considered the Motion to Quash Subpoena filed by Kathleen E. Voelker, Counsel for Paula Neble, and the assertion of attorney-client privilege on behalf of Ms. Neble, it is hereby

ORDERED, that the Motion to Quash the subpoena issued to Ms. Voelker be granted.

_____          _____
Nov. 21st, 2007                  Gladys Kessler
Date                             Gladys Kessler
                                 United States District Judge


Copies to:    Attorneys of record via ECF

              Kathleen E. Voelker
              Attorney at Law
              1776 K Street, NW, Suite 800
              Washington, DC  20006-2333
              kathleenvoelker@aol.com
              (202) 835-2220